UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:15-cr-00056 |
| | ) | |
| ANDREW D. PITTMAN, and | ) | |
| DEBRA E. GONZALES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the terms of the Pre-Trial Diversion Agreement filed in the above-captioned case, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice all counts of the above-captioned Indictment against the Defendants.

_____
Edward J. Tarver
United States Attorney
Southern District of Georgia

_____
C. Troy Clark
Assistant United States Attorney
Southern District of Georgia

Leave of Court is GRANTED for the filing of the foregoing dismissal.

This 30th day of September, 2016.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA